■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACK JOHNSON, Appellant. — Judgment, Supreme Court, New York County (Edwin Torres, J.), rendered on April 21, 1982, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is denied. No opinion. Concur — Ross, J. P., Asch, Silverman, Bloom and Alexander, JJ.

■ ASHLAND-WARREN, INC., et al., Respondents-Appellants, v NEW JERSEY STEEL CORPORATION, Appellant-Respondent. — Judgment, Supreme Court, Bronx County (Aaron Klein, J.), entered on December 28, 1982, unanimously affirmed. Plaintiffs-respondents-appellants shall recover of defendant-appellant-respondent $75 costs and disbursements of this appeal. The cross appeal is hereby deemed abandoned. No opinion. Concur — Kupferman, J. P., Sandler, Asch and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CELSO PAGAN, Appellant. — Judgment, Supreme Court, Bronx County (Joseph Di Fede, J.), rendered on November 18, 1981, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Kupferman, J. P., Sandler, Asch and Lynch, JJ.